UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Scotty M. Horne, | ) | Civil Action No.: 6:16-cv-00390-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

On July 27, 2017, Plaintiff filed a motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 26. On August 3, 2017, the parties filed a joint stipulation wherein they agreed to an award of attorney's fees of $5,194.00 and expenses of $20.19. *See* ECF No. 27. The joint stipulation provides that the attorney's fees awarded should be paid to the claimant (not his attorney) and would be subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government. *See id.*

After careful consideration, the Court **ORDERS** Defendant to pay Plaintiff attorney's fees in the amount of $5,194.00, subject to the Treasury Offset Program provision in the parties' joint stipulation, and expenses in the amount of $20.19. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees will be paid directly to the claimant and mailed to his attorney, with a copy sent to the claimant.

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

**IT IS SO ORDERED.**

August 8, 2017
Florence, South Carolina

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge